FILED
September 27, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____cav_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

WACO DIVISION

| | | |
|---|---|---|
| Bryant Lanear Johnson | § | |
| Claimant, | § | |
| v. | § | Civil Action No. 6:24-CV-501 |
| OFFERMAN & KING, L.L.P. | § | DEMAND FOR JURY TRIAL |
| Wrongdoers | § | |

## CLAIM

Claimant Bryant Lanear Johnson, hereby makes the claim against the Wrongdoer OFFERMAN & KING, L.L.P., as follows:

### I. JURISDICTION AND VENUE

1. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331, 1332. This Court has supplemental jurisdiction over state law claims pursuant to 28 U.S.C. § 1367.

2. Venue is proper in this judicial district under 28 U.S.C. §1391(b) and (c) because Claimant has a place of abode in this district, and all events giving rise to Claimant's claims occurred within this district.

### II. PARTIES

3. Bryant Lanear Johnson (hereinafter, Johnson or Claimant) has a place of abode within the

*Bryant Lanear Johnson's Original Claim/Demand for Jury Trial*

territorial boundaries of Texas and within this judicial district.

4. OFFERMAN & KING, L.L.P. is a debt collector whose principal office is located at 6420 Wellington Place, Beaumont, Texas 77706 (hereinafter "Offerman" or Wrongdoer).

5. At all relevant times, Offerman was engaged in the collection of an alleged debt.

6. Offerman has failed to renew their Texas business license since 2008, and as such has no registered agent on file and may be served through James Wallace King, a managing partner at the above address.

7. Offerman holds no debt collection bond as required by Texas Finance Code section 392.101

### III. FACTS RELATED TO ALL CLAIMS

8. On or about November 5, 2021 Allegedly BANKERS HEALTHCARE GROUP, LLC, (hereinafter BHG), allegedly through Attorney Christopher J. Cali (who is actually an employee of BHG) allegedly filed a case in the SUPREME COURT\OF THE STATE OF NEW YORK COUNTY OF ONONDAGA under the Index No.: 009287/2021;

9. Debt collection letter disguised as a Summons and verified complaint for alleged complaint were served upon Claimant via process server on or about November 13, 2021;

10. SUPREME COURT OF THE STATE OF NEW YORK COUNTY OF ONONDAGA records show NO CASE using that index no.: 009287/2021 or BRYANT L. JOHNSON as a party;

11. On or about May 23, 2024, Claimant received a debt collection letter from Wrongdoer Offerman & King, L.L.P. via certified mail claiming to be the Texas Attorney for BANKERS HEALTHCARE GROUP, LLC, giving NOTICE OF FILING OF FOREIGN JUDGMENT in the 169th District Court, Bell County, Texas;

12. Offerman's filing for a Foreign Judgment uses the debt collection letter previously sent to Claimant by Christopher J. Cali and BHG as "proof" of an actual judgment on file in the

SUPREME COURT OF THE STATE OF NEW YORK COUNTY OF ONONDAGA under the file number 009287/2021, where no such complaint exists.

## IV. FIRST CAUSE OF ACTION

### FAIR DEBT COLLECTION PRACTICES ACT VIOLATIONS

13. Wrongdoer's actions constitute violations of the Fair Debt Collections Practices Act, Title 15 United States Code § 1692 as outlined in Exhibit A. Claimant seek statutory relief of $1,000.00 per violation with a total of 194 violations, See *Macy v. GC Servs. LP*, Civil Action No. 3:15-cv-819-DJH-CHL (W.D. Ky. Dec. 6, 2019).

## V. SECOND CAUSE OF ACTION

### STATE LAW ABUSE OF PROCESS

14. Wrongdoer's knowing and intentional false and deceptive business practices and filing of false court documents would constitute an Abuse of Process. Claimant seeks damages as found by the trier of fact. Claimant believes he is well within his rights to ask for treble damages (three times the total damages) for the knowing and intentional Abuse of Process. Texas Civil Practice and Remedies Code authorizes Exemplary Damages in cases where fraudulent court documents are filed.

## VI. THIRD CAUSE OF ACTION

### STATE LAW TEXAS DEBT COLLECTION LAW VIOLATIONS

15. Wrongdoer's actions violate the Texas Finance Code Section 392 (Texas Debt Collection

Laws). Claimant seeks statutory relief of $500.00 per violation as outlined in the Texas Finance Code, Section 392 with 133 violations;

16. Pursuant to Section 392.404, Wrongdoer's violations of Section 392 would also be a Deceptive Trade Practice forbidden by the Texas Business and Commerce Code, Chapter 17. Claimant seeks damages in the amount of three times the amount in controversy ($59,153.06) for economic damages as well as damages for mental anguish to be determined by the trier of fact.

## VII. FOURTH CAUSE OF ACTION

## LIBEL/DEFAMATION/SLANDER

17. Wrongdoer's actions of filing a foreign judgment based on false documentation into a PUBLIC VENUE has severely slandered, libeled and defamed Claimant and caused serious harm to Claimant's good name as well as his future economic prosperity. Claimant is well within their rights to demand the sum certain amount of $1,000,000.00 (one million United States dollars and zero cents) given the severity of the Wrongdoer's knowing and intentional acts.

## VIII. JUDICIAL NOTICE

   Plaintiffs file this Judicial Notice. Let us take Judicial Notice of the following:

18. Title 15 United States Code Section 1692 – 1692p;

19. Chapter 392 of the Texas Finance Code;

20. Chapter 17 of the Texas Business and Commerce Code, Section 17.50;

*Bryant Lanear Johnson's Original Claim/Demand for Jury Trial*

21. Texas Civil Practice and Remedies Code, Section 12.002.

## IX. EXEMPLARY DAMAGES

22. The Texas Civil Practice and Remedies Code Section 12.002(b)(4) authorizes Exemplary Damages in cases where fraudulent court documents are filed. Claimant expressly claims Exemplary damages.

## X. PRAYER FOR RELIEF

Wherefore, Claimant prays before this Honorable Court for it's just and lawful relief in the form of:

1. Economic relief – three times the value in controversy for a total of Sum Certain $177,459.18 (One hundred seventy-seven thousand, four hundred fifty-nine United States dollars and eighteen cents) pursuant to Texas Business and Commerce code section 17.50;

2. Statutory damages for violations of the Fair Debt Collection Practices Act (194 violations) and the Texas Finance Code (133 violations), for the total of: Sum Certain $260,500.00 (Two hundred sixty thousand five hundred United States dollars and zero cents);

3. Damages for mental anguish as outlined in the Texas Business and Commerce Code Section 17.50 for the knowing and intentional use of a deceptive trade practice to be determined by the trier of fact;

*Bryant Lanear Johnson's Original Claim/Demand for Jury Trial*

4. Sum certain $1,000,000.00 (one million United States dollars and zero cents) for Libel, Slander and Defamation;

5. Exemplary Damages for the use of a fraudulent court document (3X the amount of the total damages);

6. Costs of Court;

7. Reasonable attorney fees, and;

8. Any other relief in Law or Equity to which this Court deems proper.

Respectfully Submitted:

By: _____

Bryant Lanear Johnson

bj231981@yahoo.com

706-200-8515

Mailing address:

C/O 1809 Wolverine Trail

Harker Heights, Texas [76548]

NOTICE: All correspondence in regards to this Claim is to be sent to my Authorized Agent:

Jason Kosier

111 N. Wall Street Unit 571

Belton, Texas [76513]

jasonkosier72@gmail.com

254-421-2506